

**LaDelle Abilez, CSR**
Official Court Reporter
200th Judicial District Court
Travis County, Texas

P.O. Box 1748
Austin, Texas 78767
(512) 854-9325

September 26, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re: Third Court of Appeals Cause No. 03-15-00596-CV
    Trial Court Cause No. D-1-GN-14-005169

Style: *Gracy Woods I Nursing Home vs. Martha Mahan, as Representative of the Estate
    of Mary Rivera*

Dear Mr. Kyle,

I am requesting an extension for the filing of this record. The Reporter's Record is due in your court on September 28, 2015.

I respectfully request an extension because of my current workload with other appeals and records due.

Thank you in advance for your consideration in this matter.

Sincerely,

*/s/ LaDelle Abilez*

LaDelle Abilez